**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Michael Bartolo                    USAO#  2002R001494

_/ MAGISTRATE'S NO. _____    _/ DOCKET NO. (If Superseding Indictment) CR _____

*******************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  _/ yes   X/ no

IF YES:

    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

\*\*\*  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    _/ A DETENTION ORDER HAS BEEN ENTERED.

    \*\*\*  _/ TEMPORARY DETENTION

    \*\*\*  _/ PERMANENT DETENTION

      _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
      (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____.

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    _/ PENDING STATE CHARGES AT _____

*******************************************************************************************

III. AR

X/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

05-CR-00232-STMT

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ (Date)   .)

    DEFENDANT'S ADDRESS: _____

_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ (Date) CALENDAR.

    DEFENSE ATTORNEY'S NAME: _____

    DEFENSE ATTORNEY'S ADDRESS: _____

*******************************************************************************************

IV. CONDITIONS OF RELEASE

X/ NOT PREVIOUSLY SET, SHOULD BE:  detention
        [e.g., P.R.; BAIL (listing conditions); DETENTION]

_/ PREVIOUSLY SET, SHOULD BE:

    _/ CONTINUE CONDITIONS OF RELEASE

    x / CONTINUE DETENTION

    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*******************************************************************************************

HAS THE FPD represented any subject or witness in this case?   X/ Yes   _/ No

*******************************************************************************************

THE ESTIMATED TRIAL TIME IS  21  TRIAL DAYS.     6/6/05
                            (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. **CASE STATUS**

NAME OF DEFENDANT  Steven D. Glenn                               USAO# 2002R001494

_/ MAGISTRATE'S NO. _____        _/ DOCKET NO. (If Superseding Indictment) CR _____

*******************************************************************************

II. **CUSTODIAL STATUS**

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  _/ yes   X/ no

IF YES:

    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

\*\*\*  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____

    _/ A DETENTION ORDER HAS BEEN ENTERED.

      \*\*\*  _/ TEMPORARY DETENTION

      \*\*\*  _/ PERMANENT DETENTION

        _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____ . (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    _/ SERVING A FEDERAL SENTENCE AT _____

    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____

    _/ PENDING STATE CHARGES AT _____

*******************************************************************************

III. **ARRAIGNMENT**

X/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
(Date)

    DEFENDANT'S ADDRESS: _____

_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
(Date)

    DEFENSE ATTORNEY'S NAME: _____

    DEFENSE ATTORNEY'S ADDRESS: _____

*******************************************************************************

IV. **CONDITIONS OF RELEASE**

X/ NOT PREVIOUSLY SET, SHOULD BE:  detention
[e.g., P.R.; BAIL (listing conditions); DETENTION]

_/ PREVIOUSLY SET, SHOULD BE:

    _/ CONTINUE CONDITIONS OF RELEASE

    x/ CONTINUE DETENTION

    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*******************************************************************************

HAS THE FPD represented any subject or witness in this case?   X/ Yes   _/ No

*******************************************************************************

THE ESTIMATED TRIAL TIME IS  21  TRIAL DAYS.        6/6/05
(Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT __Jason Gorden_____   USAO# __2002R001494__

_/ MAGISTRATE'S NO. _____    _/ DOCKET NO. (If Superseding Indictment) CR _____

***

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?   _/ yes   X/ no
IF YES:

   _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
*** _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____
   _/ A DETENTION ORDER HAS BEEN ENTERED.
   *** _/ TEMPORARY DETENTION
   *** _/ PERMANENT DETENTION
      _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
      (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
   _/ SERVING A FEDERAL SENTENCE AT _____
   _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____
   _/ PENDING STATE CHARGES AT _____

***

III. ARRAIGNMENT

X/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                                              (Date)
   DEFENDANT'S ADDRESS: _____
_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                                                  (Date)
   DEFENSE ATTORNEY'S NAME: _____
   DEFENSE ATTORNEY'S ADDRESS: _____

***

IV. CONDITIONS OF RELEASE

X/ NOT PREVIOUSLY SET, SHOULD BE: __detention_____
                                   [e.g., P.R.; BAIL (listing conditions); DETENTION]
_/ PREVIOUSLY SET, SHOULD BE:
   _/ CONTINUE CONDITIONS OF RELEASE
   x/ CONTINUE DETENTION
   _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

***

HAS THE FPD represented any subject or witness in this case?   X/ Yes   _/ No

***

THE ESTIMATED TRIAL TIME IS __21__ TRIAL DAYS.    6/6/05
                                                  (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Darrell J. Morris                USAO# 2002R001494

_/ MAGISTRATE'S NO. _____        _/ DOCKET NO. (If Superseding Indictment) CR _____

********************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?   _/ yes   X/ no
IF YES:
    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
***  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____
    _/ A DETENTION ORDER HAS BEEN ENTERED.
    *** _/ TEMPORARY DETENTION
    *** _/ PERMANENT DETENTION
        _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
        (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
    _/ SERVING A FEDERAL SENTENCE AT _____
    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____
    _/ PENDING STATE CHARGES AT _____

********************************************************************************

III. ARRAIGNMENT

X/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ (Date) _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
    DEFENDANT'S ADDRESS: _____
_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ (Date) _____ CALENDAR.
    DEFENSE ATTORNEY'S NAME: _____
    DEFENSE ATTORNEY'S ADDRESS: _____

********************************************************************************

IV. CONDITIONS OF RELEASE

X/ NOT PREVIOUSLY SET, SHOULD BE: detention
    [e.g., P.R.; BAIL (listing conditions); DETENTION]
_/ PREVIOUSLY SET, SHOULD BE:
    _/ CONTINUE CONDITIONS OF RELEASE
    x/ CONTINUE DETENTION
    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

********************************************************************************

HAS THE FPD represented any subject or witness in this case?   X/ Yes   _/ No
********************************************************************************
THE ESTIMATED TRIAL TIME IS  21  TRIAL DAYS.        6/6/05
                                             (Date Form filled out)

(Revised June 2000)