1

2         The Honorable Marsha J. Pechman

3

05-CR-00232-MISC

FILED LODGED ENTERED RECEIVED
JUN 10 2005
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

7

8      UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
9          AT SEATTLE

10 UNITED STATES OF AMERICA, )
              ) NO. CR05-0232P
11      Plaintiff,   )
              )
12  v.          ) MOTION FOR DETENTION ORDER
 STEVEN D. GLENN,     )
13      Defendant.  )
              )

14

15   The United States moves for pretrial detention of defendant, pursuant to

16 18 U.S.C. § 3142(e) and (f)

17   1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this

18 case involves (check all that apply):

19   ___ Crime of violence (18 U.S.C. § 3156).

20   ___ Maximum sentence of life imprisonment or death

21   ___ 10 + year drug offense

22   ___ Felony, with two prior convictions in the above categories

23   _X_ Serious risk the defendant will flee

24   _X_ Serious risk of obstruction of justice

25   2. <u>Reason for Detention</u>. The Court should detain defendant because there

26 are no conditions of release which will reasonably assure (check one or both):

27

28

MOTION FOR DETENTION
ORDER / GLENN-1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  __X__  Defendant's appearance as required

2  __X__  Safety of any other person and the community

3  3.  Rebuttable Presumption. The United States will not invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (check one or more):

__  Probable cause to believe defendant committed 10+ year drug offense or firearm offense under 18 U.S.C. § 924(c)

__  Previous conviction for "eligible" offense committed while on pretrial bond

__  Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4.  Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

__X__  At the initial appearance

__X__  After continuance of _3_ days (not more than 3)

5.  Other matters. Nineteen search warrants were executed in four judicial districts including the States of Washington, Montana, and South Dakota. Numerous weapons, including firearms and knives; methamphetamine and marijuana; stolen motorcycles and motor vehicle parts; and over $25,000 in cash have been seized.

DATED this 10th day of June, 2005.

Respectfully submitted,

JOHN McKAY
United States Attorney

BRUCE F. MIYAKE
Assistant United States Attorney

MOTION FOR DETENTION
ORDER/ GLENN-2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970